UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| RYAN BABJAK, | ) |
|     Plaintiff, | ) |
| | ) |
|    -vs- | ) Case No.: |
| | ) |
| ARCELORMITTAL USA LLC, | ) |
|     Defendant. | ) |

<u>COMPLAINT FOR DAMAGES AND JURY DEMAND</u>

Comes now the plaintiff, Ryan Babjak, by counsel, Rubino, Ruman, Crosmer,& Polen and for his complaint against ArcelorMittal USA LLC, states as follows:

1.    That Plaintiff, Ryan Babjak, is a resident of Valparaiso, County of Porter, State of Indiana.

2.    At all times relevant hereto, Ryan Babjak was employed by Pangere Corporation, whose principal place of business was in Gary, Lake County, Indiana at all times relevant.

3.    That ArcelorMittal USA LLC (hereinafter "Mittal") is a Limited Liability Company formed in the State of Delaware and doing business in the State of Indiana, with its place of business being located at 3300 Dickey Road, East Chicago, Lake County, Indiana.

4.    The matter in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

5.    Jurisdiction is based upon diversity of citizenship.

6.     That on November 13, 2013, Plaintiff Ryan Babjak, as an employee of

       Pangere, was an invitee at Mittal's Indiana Harbor #3 Steel Producing Plant.

7.     Pangere had been contracted with by Mittal Steel for the performance of the

       intrinsically dangerous work of removing a BOF rubble pit wall shield

       (hereinafter "wall shield").

8.     The wall shield caused a dangerous and defective condition to then and there

       exist on the property of Mittal.

9.     That Defendant Mittal (1) knew of the condition or by the exercise of

       reasonable care should have discovered the condition, and should have

       realized that the condition involved an unreasonable risk of harm to such

       invitees; (2) should have expected that the invitee(s) would not discover or

       realize the danger, or will fail to protect themselves against it; and

       (3) failed to exercise reasonable care to protect the invitee(s) against the

       danger.

10.    With regards to the said project, Mittal had assumed control over the means

       and manner of the Pangere employees and other contractors on the premises.

11.    Furthermore, Mittal had assumed responsibility pertaining to safety of the

       facilities and the work being conducted by Pangere employees and other

       contractors on the premises.

12.    On November 13, 2013, Pangere Employees, including Ryan Babjak, were

       performing the task of removing the wall shield as directed and approved by

       Mittal.

13.   At said time and location, an employee of KT Grant used a piece of
      machinery to break the wall shield free from the wall as directed and
      approved by Mittal.

14.   During the process established by Mittal, the wall shield fell in to the pit
      area and struck Plaintiff Ryan Babjak and 2 other Pangere employees.

15.   That Mittal is at fault in causing the injuries and subsequent damages to
      Ryan Babjak.  Said fault includes, but is not limited to: failure to provide a
      safe environment, permitting dangerous working conditions, failing to take
      action to remedy unsafe conditions caused by subcontractors faulty work and
      negligent supervision.

16.   As a proximate result of said fault of Mittal, Ryan Babjak was severely and
      permanently injured, suffered physical and mental pain, has incurred
      expenses for medical attention and hospitalization, and will be required to do
      so in the future, and has been prevented from engaging in his recreational
      pursuits and has suffered wage loss.

      WHEREFORE, the Plaintiff, Ryan Babjak prays for damages in a sum which
reasonably compensate him, for costs, and all other just and proper relief.


                                    _s/Michael E. Polen, Jr._____
                                    MICHAEL E. POLEN, JR., #25052-45
                                    Rubino, Ruman, Crosmer & Polen
                                    Attorney for Plaintiff

JURY DEMAND

Plaintiff, by counsel, demands trial by jury.

         _s/Michael E. Polen, Jr._____
         MICHAEL E. POLEN, JR., #25052-45
         Rubino, Ruman, Crosmer & Polen
         275 Joliet Street
         Suite 330
         Dyer, IN 46311
         (219) 322-8222
         (219) 322-6675 Fax
         Email: mpolen@rubinoruman.com
         Attorney for Plaintiff